UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. <u>1:15-md-2657-FDS</u>

**<u>JUDGMENT</u>**

**<u>This judgment applies to all cases listed in
Appendix A</u>**

<u>    D.J. Saylor , Chief          </u>

_____  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X___  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1.  Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated: <u>  6/2/2021                          </u>   By   <u>/s/   Leonardo T. Vieira  </u>
Deputy Clerk